**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | | |
|---|---|---|
| **AMERICA'S COLLECTIBLES NETWORK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  3:06-CV-270** |
| | ) | **(Phillips)** |
| **LOUIS J. SCORPINITI,** | ) | |
| | ) | |
| **Defendant.** | ) | |


## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with

the clerk, the defendant's motion to dismiss [Doc. 7] is **GRANTED**, and this matter is

hereby **DISMISSED.**


**IT IS SO ORDERED.**

**ENTER:**


                  s/ Thomas W. Phillips
              United States District Judge